UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHON OLIVE-GOFFNER,<br>    Petitioner,<br>v.<br>RALPH DIAZ,<br>    Respondent. | Case No. 19-cv-01222-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 5 |

Good cause being shown, Petitioner's request for an extension of time to file his application for leave to proceed *in forma pauperis* is GRANTED. Dkt. No. 5. By May 15, 2019, Petitioner shall either file an application for leave to proceed *in forma pauperis* or pay the filing fee in full. **Failure to file an *in forma pauperis* application or pay the filing fee in accordance with this order will result in the dismissal of this case without prejudice.**

**IT IS SO ORDERED.**

Dated: 4/17/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge