UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASHON OLIVE-GOFFNER,

         Petitioner,

    v.

RALPH DIAZ,

         Respondent.

Case No. 19-cv-01222-HSG

**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**

Re: Dkt. No. 30

      Good cause being shown, petitioner's request for an extension of time to file his traverse is GRANTED. Petitioner shall file his traverse by March 30, 2020.

      This order terminates Dkt. No. 30.

      **IT IS SO ORDERED.**

Dated: 2/12/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge