UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHON OLIVE-GOFFNER,<br><br>    Petitioner,<br><br>    v.<br><br>HUNTER ANGLEA, Warden, [1]<br><br>    Respondent. | Case No. 19-cv-01222-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order Denying Petition for a Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED.**

Dated:  November 16, 2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Hunter Anglea, the current warden of the prison where Petitioner is incarcerated, has been substituted as Respondent pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.